

**NUMBER 13-08-096-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI- EDINBURG**

---

**IN RE: GILBERTO RODRIGUEZ**

---

**On Petition for Writ of Mandamus**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

On February 27, 2008, relator, Gilberto Rodriguez, filed a petition for writ of mandamus, in which he requested this Court to direct the Respondent, the Honorable Nelva Gonzales Ramos, presiding judge of the 347th Judicial District Court of Nueces County, Texas, to order the court reporter to make available for purchase a transcript of his sentencing hearing in trial court cause number 02-CR-2531-H, styled *State of Texas v. Gilberto Rodriguez*.

This Court requested a response, and on March 25, 2008, the State, acting through

the office of the Nueces County District Attorney, filed a Supplemental Response. Attached to the State's response are copies of the pertinent portion of the reporter's record in trial court number 02-CR-2531-H. The certificate reflects that a copy of the State's Supplemental Response was mailed to the relator.

In his petition for writ of mandamus, relator complains that the Respondent orally pronounced a sentence of seven years in cause number 02-CR-2531-H, but that the written judgment reflects a sentence of eight years. We have reviewed the pertinent portion of the reporter's record, which reflects that the trial court orally pronounced a sentence of eight years in cause number 02-CR-2531-H.

Because the State's Supplemental Response both affords relator the relief that he sought, and establishes that his claim is without merit, we deny relator's petition for writ of mandamus.

Per Curiam

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and filed
this the 27th day of March, 2008.